01
02
03
04
05
06                       UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                               AT SEATTLE

08 UNITED STATES OF AMERICA,     )
                                         ) CASE NO. MJ 12-395
09     Plaintiff,                      )
                                         )
10     v.                             ) DETENTION ORDER
                                         )
11 KEVIN S. O'LEARY                   )
                                         )
12     Defendant.                   )
   _____)
13

14 <u>Offense charged</u>:    Murder in Second Degree, on Indian Reservation

15 <u>Date of Detention Hearing</u>:    July 23, 2012

16       The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably

19 assure the appearance of defendant as required and the safety of other persons and the

20 community.

21       <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22       1.     Defendant has basically confessed to committing the murder charged in this

DETENTION ORDER
PAGE -1

case.

2. He has prior convictions for manslaughter by vehicular homicide, and Theft in the 3rd degree.

3. At the request of his counsel, defendant was not interviewed by this court's pretrial services officer.

4. The court therefore has no information about his employment, drug or alcohol use, physical and mental health, residential status, familial ties or travel.

5. He was convicted for "Attempt to Elude" in Anacortes in 1980, and failed to appear on a warrant on assault and battery in the last five years.

6. Defendant and his counsel did not oppose entry of an order of detention.

7. There do not appear to be any conditions or combination of conditions that will reasonably assure the defendant's danger to other persons or the community and his appearance at future Court hearings.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a

court proceeding; and

    4.    The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer

DATED this 23rd day of July, 2012.

                       s/ John L. Weinberg  
                       United States Magistrate Judge

DETENTION ORDER  
PAGE -3